# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KUSAI ALAWWAD,

    Plaintiff,

v.                                                  Case No: 6:23-cv-225-RBD-RMN

SECRETARY, DEPARTMENT OF
HOMELAND SECURITY and
DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 20), filed April 24, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 25, 2023.



ROY B. DALTON JR.
United States District Judge